AUSA: DePorre    Telephone: (810) 766-5177
Special Agent: Hurt, ATF    Telephone: (810) 341-5710

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan



Clerk, U.S. District Court
Eastern District of Michigan
By s/Kristen MacKay
Deputy

United States of America
v.
Ramiro Barajas,

Case: 4:22-mj-30401
Assigned To : Ivy, Curtis, Jr
Assign. Date : 9/19/2022
Description: IN RE SEALED MATTER (kcm)

FILED 2 1 2022
U.S. D...
FLINT, MICHIGAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ramiro Barajas,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about August 31, 2021 and on January 12, 2022, in the Eastern District of Michigan, Ramiro Cox Barajas, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he was an unlawful user of a controlled substance, specifically methamphetamine, knowingly possessed, in or affecting commerce, firearms and ammunition in violation of 18 U.S.C. § 922(g)(2) and 18 U.S.C. § 922(g)(3).

Date: September 19, 2022

*Issuing officer's signature*

City and state: Flint, MI

Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/19/22, and the person was arrested on *(date)* 9/20/22
at *(city and state)*

Date: 9/23/22

S/A D. HURT, ATF
*Arresting officer's signature*
*Printed name and title*

Distribution: Original-Court; 1copy-U.S. Marshal; 2 copies-USA